FIFTY-SECOND STREET OPERATING CORPORATION, Respondent, *v.* REGUS REALTY CORPORATION, Appelant, Impleaded with Others, Defendants.

(Argued March 9, 1933; decided April 11, 1933)

*Edward S. Wachsman, Samuel Davis* and *Samuel Lax* for appellant.

*Floyd M. Grant* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.